AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SELZIN PAZ MORALES, EDWARD AGUILAR RIVERA, JOSE OTONUL AGUILAR, RUANDI PAZ ARDON, ARMANDO TOMAS TIU GARCIA, and BRAYAN ANTONIO LOPEZ,<br><br>*Plaintiff(s)*<br>v.<br>FINE DESIGN MASONRY, INC. and ROBERT TAMBURELLO,<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-05817-JMA-SIL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FINE DESIGN MASONRY, INC.
131 Brook Street, West Sayville, NY 11796

ROBERT TAMBURELLO
131 Brook Street, West Sayville, NY 11796

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey S. Ettenger, Esq.
Schwartz Ettenger, PLLC
445 Broad Hollow Road, Suite 205
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney
*CLERK OF COURT*

Date:  9/29/2022                                        *Laura Jakubowski*
                                                        *Signature of Clerk or Deputy Clerk*