UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SELVIN PAZ MORALES, EDWARD AGUILAR
RIVERA, JOSE OTONUL AGUILAR, RUANDI
PAZ ARDON, ARMANDO TOMAS TIU GARCIA,
and BRAYAN ANTONIO LOPEZ,

                          Plaintiff,

    - against -

FINE DESIGN MASONRY, INC.
and ROBERT TAMBURELLO,

                          Defendants.
------------------------------------------------------------------------X

Case No.: 2:22-cv-05817

**CERTIFICATE OF
DEFAULT**

      I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants Fine Design Masonry, Inc. and Robert Tamburello have not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
          December 14, 20 22

                                                    BRENNA B. MAHONEY, Clerk of Court

                                        By: /s/ James J. Toritto
                                                   Deputy Clerk